UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22898-CIV-SEITZ/WHITE

RICARDO VILLA,

       Movant,

v.

UNITED STATES OF AMERICA,

       Respondent.
_____/

## ORDER ADOPTING REPORT, DENYING CERTIFICATE OF APPEALABILITY, AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-17]. In that Report, Magistrate Judge White recommends that Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody [DE-1] be granted, that Movant's sentence be vacated, that Movant be resentenced, and that no certificate of appealability issue. The Report found that, in light of *Samuel Johnson v. United States*, 135 S. Ct. 2551 (2015), Movant no longer has the required three prior predicate offenses to qualify as an armed career criminal and, thus, his enhanced sentence cannot stand. Neither side has objected to the Report.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). When no party has objected, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's notes (citation omitted). A review of the Report, the record, and applicable law establishes that no clear error appears on the face of the record. Consequently, it is

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-17] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order.

(2) Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody [DE-1] is GRANTED.

(3) Movant's sentence is hereby VACATED and his classification as an armed career criminal is eliminated.

(4) An amended judgment in the related criminal case *United States v. Villa*, Case No. 12-CR-20838-PAS shall issue concurrently with this Order.

(5) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT.

(6) A certificate of appealability is DENIED.

(7) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 1st day of September, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
    All Counsel of Record